IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, et al., ) ) ) ) Plaintiffs, ) ) v. ) ) BID CONSTRUCTION, INC., ) ) Defendant. ) | No. 05-3136 |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause coming on to be heard on Plaintiffs' Motion for Default Judgment, and the Court having reviewed said Motion and other pleadings, and the Complaint having been duly filed and served upon Defendant, BID CONSTRUCTION, INC., and that the Defendant has failed to answer or otherwise plead within the statutory time frame, the Plaintiffs are hereby awarded Default Judgment against Defendant, BID CONSTRUCTION, INC., as follows:

A.  That Judgment is awarded in favor of the Plaintiffs and against Defendant for audit liability due and owing in the amount of $10,451.16

1

for the period of April 1, 2002 through December 31, 2004.

      B.   Defendant is ordered to remit to Plaintiffs the contribution reporting forms and contributions for the period of January 2005 through current; plus pre-judgment interest, liquidated damages in the amount of 20% of the entire delinquency; and further, that Judgment be awarded for any additional months in which contributions, at the time of Judgment, have not been remitted to the Fund;

      C.   Defendant is ordered to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs all required contribution reports and payments for any additional months in which contributions at the time of Judgment, have not been remitted to the Funds;

      D.   Defendant is ordered to pay to the Plaintiffs' attorney fees in the amount of $1,759.25, as provided by ERISA, 29 U.S.C. § 1132(g)(2);

      E.   Defendant is ordered to pay all costs attendant to the cost of these proceedings.

IT IS THEREFORE SO ORDERED.

ENTER: November 7, 2005.

FOR THE COURT:

s/ Jeanne E. Scott
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE
